IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:20cr4-DPJ-FKB

JAMES NELSON PEEPLES, JR.
a/k/a James N. Peeples, Jr.
a/k/a James Nelson Peebles, Jr.
a/k/a James N. Peebles, Jr.
a/k/a "P James"

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

**The Grand Jury charges:**

COUNT 1

That on or about July 15, 2018, in Neshoba County in the Northern Division of the Southern District of Mississippi, the defendant, **JAMES NELSON PEEPLES JR. a/k/a James N. Peeples, Jr. a/k/a James Nelson Peebles, Jr. a/k/a James N. Peebles, Jr. a/k/a "P James"**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

That on or about July 15, 2018, in Neshoba County, in the Northern Division of the Southern District of Mississippi, the defendant, **JAMES NELSON PEEPLES JR. a/k/a James N. Peeples, Jr. a/k/a James Nelson Peebles, Jr. a/k/a James N. Peebles, Jr. a/k/a "P James"**, aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 3

That on or about July 15, 2018, in Neshoba County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **JAMES NELSON PEEPLES JR. a/k/a James N. Peeples, Jr. a/k/a James Nelson Peebles, Jr. a/k/a James N. Peebles, Jr. a/k/a "P James"**, did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 as charged in Count 2 of this indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

1. **Taurus, model Millennium PT140 G2, .40 caliber pistol, bearing serial number SKR79365;**
2. **Taurus, model Millennium PT140 G2, .40 caliber pistol, bearing serial number SKR02781;**
3. **SCCY Industries, model CPX-1, 9mm caliber pistol, bearing serial number 284201;**
4. **Any ammunition seized.**

Further, if any property described above, as a result of any act or omission of the defendant:

2


...

(a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

*[signature]* for
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___15th___ day of January, 2020.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

3