PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:20cr4-DPJ-FKB

JAMES NELSON PEEPLES, JR.
a/k/a James N. Peeples, Jr.
a/k/a James Nelson Peebles, Jr.
a/k/a James N. Peebles, Jr.
a/k/a "P James"
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 15th day of January, 2020.

This the 15th day January, 2020.

D. MICHAEL HURST, JR.
United States Attorney

By: *Charles W. Kirkham*
Charles W. Kirkham
Assistant U.S. Attorney
MS Bar # 102022

Warrant issued: _____

CWK/ATF